# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Amy Sue Allen**

    vs.                  **CASE NUMBER: 7:11-CV-338 (GTS/GHL)**

**Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Consent Stipulation and Order to Remand is approved, therefore this matter is REMANDED pursuant to sentence 6 of 42 USC section 405(g) to the Commissioner of Social Security to hold a new hearing, the court will retain jurisdiction over the within matter, in accordance with the decision in Melkonyan v. Sullivan.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 29th day of June, 2011.

DATED: July 5, 2011

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk